

### August 17, 2015

| | | |
|---|---|---|
| CAAP–14–00 01184 | Kahuku Plantation Residents Ass'n v. Aila | Affirmed |
| CAAP–13–00 03478 | State v. Gladman | Affirmed |

### August 24, 2015

| | | |
|---|---|---|
| CAAP–13–00 00075 | Franciscan Villas LLC v. St. Francis Residential Care Community | Affirmed |
| CAAP–14–00 00510 | JP Morgan Chase Bank, Nat. Ass'n v. Young | Affirmed |

### August 25, 2015

| | | |
|---|---|---|
| CAAP–12–00 01120 | State v. Barnett | Affirmed |

### August 27, 2015

| | | |
|---|---|---|
| CAAP–14–00 01130 | State v. Kaono | Affirmed |
| CAAP–14–00 01372 | State v. King | Vacated and Remanded |
| CAAP–14–00 00695 | State v. Mikawa | Affirmed |

### August 28, 2015

| | | |
|---|---|---|
| CAAP–14–00 00761 | State v. Ho | Vacated and Remanded |
| CAAP–14–00 01122 | Tran v. Sato | Affirmed |

### August 31, 2015

| | | |
|---|---|---|
| CAAP–12–00 00852 | Lodi v. State Bd. of Medical Examiners | Affirmed |

### September 3, 2015

| | | |
|---|---|---|
| CAAP–14–00 00754 | State v. Gomez-Velasco | Affirmed |

### September 4, 2015

| | | |
|---|---|---|
| CAAP–14–00 01038 | Shiraki v. Hipawai Corp. | Affirmed |